IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Civil Action No. 11-cv-2199-WEB/KGG

CHERYL MADDOX,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

---

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S
OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

---

To:    NCO Financial Systems, Inc.
       c/o Louis Leonard Galvis (*Pro Hac Vice*)
       SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
       645 Stonington Lane
       Fort Collins, CO 80525

    You are hereby notified that the Plaintiff, Cheryl Maddox, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, NCO Financial Systems, Inc. and attached as Exhibit 1.

    Respectfully submitted,
    Cheryl Maddox
    By Counsel,

    /s/J. Mark Meinhardt
    J. Mark Meinhardt, #20245
    4707 College Blvd. Ste. 100
    Leawood, KS 66211
    Telephone:  (913) 451-2113
    Facsimile:   (913) 451-6163
    Email:       MeinhardtLaw@sbcglobal.net
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2011, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Louis Leonard Galvis                Richmond M. Enochs
lgalvis@sessions-law.biz            renochs@wallacesaunders.com

I hereby certify that on October 5, 2011, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to (970) 223-4490 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

NCO Financial Systems, Inc.
c/o Louis Leonard Galvis
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
645 Stonington Lane
Fort Collins, CO 80525

and

Richmond M. Enochs
WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS, CHTD.
10111 West 87th Street
Overland Park, KS 66212

/s/Sherri S. Fisher
Sherri S. Fisher
Paralegal to J. Mark Meinhardt