# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHERYL MADDOX

    Plaintiff,

                                        Case No.:  11-cv-2199-WEB/KGG

v.

NCO Financial Systems, Inc.,

    Defendant.

_____

**SATISFACTION OF OFFERED JUDGMENT ACCEPTED BY PLAINTIFF**

    NOW INTO COURT COMES Plaintiff Cheryl Maddox, through her undersigned counsel, and hereby represents and certifies to the Court that Defendant NCO Financial Systems, Inc. has fully satisfied the offered judgment that Plaintiff has accepted as per Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment Pursuant to Fed. R. Civ. P. 68, filed in the above-captioned civil action on October 5, 2011 (Document 19), and requests that the Clerk record the same and terminate the above-captioned civil action.

1

Dated:  November 8, 2011.	Respectfully Submitted,
	Cheryl Maddox
	By Counsel,

	/s/ J. Mark Meinhardt
	J. Mark Meinhardt, #20245
	4707 College Blvd, Ste. 100
	Leawood, KS  66211
	Telephone:  (913) 451-2113
	Facsimile:  (913) 451-6163
	E-mail:  MeinhardtLaw@sbcglobal.net
	*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2011 I electronically filed the foregoing SATISFACTION OF OFFERED JUDGMENT ACCEPTED BY PLAINTIFF with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Louis Leonard Galvis
lgalvis@sessions-law.biz

Richmond M. Enochs
renochs@wallacesaunders.com

Paul M. Croker
pcroker@wallacesaunders.com

	/s/ Sherri S. Fisher
	Sherri S. Fisher
	Paralegal to J. Mark Meinhardt

2