IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

CHERYL MADDOX,                                Civil File No. 11-CV-2199

      Plaintiff,

vs.                                           STIPULATION OF DISMISSAL
                                              WITH PREJUDICE
NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Cheryl Maddox, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice,</u> each side to bear its own costs and attorneys fees.

                                              Respectfully submitted,

Dated: <u>January 2, 2012</u>                By <u>/s/J. Mark Meinhardt</u>
                                              J. Mark Meinhardt #20245
                                              4707 College Boulevard, Suite 100
                                              Leawood, KS  66211
                                              (913) 451-9797
                                              (913) 451-6163 (fax)
                                              ATTORNEY FOR PLAINTIFF

Dated: <u>January 2, 2012</u>                By <u>/s/Richmond M. Enochs</u>
                                              Richmond M. Enochs, #05972
                                              Paul Croker, #21627
                                              Wallace, Saunders, Austin, Brown & Enochs
                                              10111 West 87th Street
                                              Overland Park, KS 66212
                                              (913) 888-1000
                                              (913) 888-1065 (fax)
                                              ATTORNEY FOR DEFENDANT